# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0018. TYRESE GIBSON v. SAMANTHA GIBSON.

Petitioner's emergency motion to stay contempt hearing is hereby DENIED. See Court of Appeals Rule 40 (b) (providing for emergency motions "to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot," and further noting that "[g]enerally, no order shall be made or direction given in an appeal until it has been docketed in this Court").



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/02/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.